**Date Signed:**
**July 13, 2018**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>CUZCO DEVELOPMENT U.S.A., LLC,<br><br>          Debtor. | Case No. 16-00636<br>Chapter 11 |
| TERA RESOURCE CO., LTD., etc.<br><br>          Plaintiff,<br><br>  vs.<br><br>DONG WOO LEE, et al.,<br><br>          Defendants. | Adv. Pro. No. 17-90009 |

## ORDER REGARDING SETTLEMENT CONFERENCE

The parties are directed to contact the chambers of Magistrate Judge Kevin S.C. Chang to schedule a settlement conference at Judge Chang's convenience. The parties shall comply with LR 16.5.

### END OF ORDER