NAKASHIMA CHING LLC
Attorneys at Law

DAVID A. NAKASHIMA     2064
RYAN B. KASTEN         10395
737 Bishop Street, Suite 2090
Honolulu, Hawai`i  96813
Telephone: (808) 784-2090
Facsimile:  (808) 784-2091
E-mail:  dan@nchilaw.com
         rbk@nchilaw.com

Attorneys for Plaintiff
TERA RESOURCE CO., LTD.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re<br><br>CUZCO DEVELOPMENT U.S.A., LLC,<br><br>                   Reorganized Debtor. | Case No. 16-00636<br>(Chapter 11) |
| TERA RESOURCE CO., LTD., for itself and in the Right of and for the Benefit of CUZCO DEVELOPMENT KOREA, INC. and in the Right of and for the Benefit of CUZCO DEVELOPMENT U.S.A., LLC,<br><br>                   Plaintiff,<br><br>   vs. | Adversary Pro. No. 17-90009<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE;** CERTIFICATE OF SERVICE<br><br>Judge: Hon. Robert J. Faris |

DONG WOO LEE, an individual; SOO KYUNG YANG, an individual; NEWCO, LLC, a Hawaii Limited Liability Company; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10 and DOE ENTITIES 1-10,

        Defendants,

and

CUZCO DEVELOPMENT KOREA, INC.,

        Defendant in intervention,

and

CUZCO DEVELOPMENT U.S.A., LLC,

        Nominal Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this adversary proceeding by Fed. R. Bankr. P. 7041, Plaintiff TERA RESOURCE CO., LTD. ("Tera") hereby dismisses with prejudice all claims set forth in the Third Amended Verified Complaint filed May 15, 2018 [Dkt. 94] against Defendants DONG WOO LEE; SOO KYUNG YANG; NEWCO, LLC; Intervenor CUZCO DEVELOPMENT KOREA, INC.; and Nominal Defendant CUZCO DEVELOPMENT U.S.A., LLC (collectively, "Defendants").

Defendants have not answered the Third Amended Verified Complaint or filed a motion for summary judgment. In addition, none of the claims in the Third Amended Verified Complaint involves 11 U.S.C. § 727. No other claims or issues remain in this adversary proceeding. Each party to bear its own attorneys' fees and costs.

DATED: Honolulu, Hawai`i, November 26, 2018.

    /s/ David A. Nakashima
DAVID A. NAKASHIMA
RYAN B. KASTEN
Attorneys for Plaintiff
TERA RESOURCE CO., LTD.